**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )  | CR-05-1217-PHX-DGC |
| Plaintiff,  )  | **ORDER** |
| vs.  )  | |
| Manuel Correa-Gomez,  )  | |
| Defendant.  )  | |

On November 15, 2005, Defendant pled guilty to an information charging him with reentry after deportation in violation of 8 U.S.C. § 1326(a), with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2). Dkt. ##6-8, 14. On March 20, 2006, the Court sentenced Defendant to 51 months in prison, with credit for time served, and a three-year term of supervised release. Dkt. ##12, 14. Defendant is serving his prison sentence at the Federal Correctional Institution in Herlong, California. Dkt. #15.

Defendant has filed motions to proceed in forma pauperis regarding "production of sentencing transcripts." Dkt. ##17-19. Plaintiff states that he "did not agree with the [Bureau of Prisons] records regarding his sentence and unfortunately does not get any answer from his attorney." *Id.* Plaintiff requests the Court to order the production of his sentencing transcripts pursuant to 28 U.S.C. § 1915. *Id.*

1    This criminal case was closed when the judgment and commitment order was entered
2 on March 28, 2006. *See* Dkt. #13. Although Defendant identifies himself as a "petitioner"
3 in his motions to proceed in forma pauperis, he has filed the motions in this closed criminal
4 case. *See* Dkt. ##17-19. Defendant does explain how he intends to use the requested
5 sentencing transcripts. Defendant has waived his right to appeal or collaterally attack his
6 sentence, *see* Dkt. #13, and it does not appear that Defendant is attempting to file a civil
7 rights action against the Bureau of Prisons or any federal official. *See Bivens v. Six Unknown*
8 *Named Agents of Fed. Bur. of Narcotics*, 403 U.S. 388 (1971). The Court thus concludes that
9 Defendant is not entitled to the in forma pauperis status he seeks. *See* 28 U.S.C. § 1915(a)(1)
10 (providing that a court "may authorize the commencement, prosecution or defense of any
11 suit, action, or proceeding, civil or criminal, or appeal therein, without pre-payment of fees
12 or security therefor").

13   **IT IS ORDERED** that Defendant's motions to proceed in forma pauperis
14 (Dkt. ##17-19) are **denied**.

15   DATED this 7th day of December, 2006.

David G. Campbell
United States District Judge